JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARTIN YOUSEFI,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

Defendant.

Case No. 2:26-cv-05548-FLA (PDx)

**ORDER DISMISSING ACTION [DKT. 21]**

On August 3, 2026, Plaintiff Artin Yousefi filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 21. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: August 4, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge